OPINION — AG — THE POSITIONS OF ASSOCIATE MUNICIPAL JUDGE AND MUNICIPAL PLANNING COMMISSION MEMBER ARE BOTH "OFFICES" AND AN INDIVIDUAL WOULD BE PROHIBITED FROM HOLDING BOTH POSITIONS SIMULTANEOUSLY. (DUAL OFFICE HOLDING) CITE: 51 O.S. 1971 6 [51-6], OPINION NO. 74-118, OPINION NO. 70-299, OPINION NO. 71-275 (KENNETH L. DELASHAW) ** SEE OPINION NO. 90-540 (1990) ** SEE OPINION NO. 92-583 (1992)